IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :    CRIMINAL

v.     :

DARY ALBERTO FERMIN     :    NO. 20-CR-343-1

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $ 100,000.00 - with 2 co-signors
   x    **O/R**
       **cash**
       **secured by**:
           ____ % cash
           ____ property at:
           ____ **Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

### PRETRIAL SERVICES

   x    Defendant shall report to Pretrial Services:
         x    **as directed** by Pretrial Services.
         ____ times per week **in person**.
         ____ times per week **via telephone**.

____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.

____ Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.

____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.

   x    Defendant shall submit to **location monitoring** at the following address:
           1545 Nelson Ave., Apt. #2, Bronx, NY 10452.

   x    This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services. **Defendant permitted to self-install equipment with instructions by Pretrial Services, either GPS or RF at the discretion of PSA.**

____ **Curfew.** You are restricted to your residence every day from _____ to _____, during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

    __x__ **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

    _____ **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

## PASSPORT

    __x__ Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

    __x__ Travel is restricted to the **Southern Dist. of NY & Eastern Dist. Of NY**.
    __x__ Travel is restricted to the Eastern Dist. Of PA and District of NJ for court.
    _____ Unless prior permission is granted by Pretrial Services.

## FIREARMS

    __x__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

    __x__ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
    __x__ Defendant must maintain present **employment**.
    __x__ Defendant must **actively seek** gainful employment.
    _____ Defendant shall undergo a **mental competency evaluation**.
    __x__ Defendant must reside:
        at:     1545 Nelson Ave., Apt. #2, Bronx NY 10452

    with:

## COMPUTERS/INTERNET

    _____ The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

_____**No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

_____**Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

___x___ **Other Restrictions: (1) Refrain from possession of personal identification information of others; (2) No new bank accounts, loans, or new lines of credit without prior approval from Pretrial Services**

### OTHER CONDITIONS:

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.

_____
DARY ALBERTO FERMIN, DEFENDANT

It is so ORDERED this ___8th___ day of ___OCTOBER___, 2020.

BY THE COURT:

___/S/ HENRY S. PERKIN___
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE

Last Revised: 10/01/18