# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| **V.** | : CRIMINAL NO: 5: 20-CR-00343-JFL |
| | : |
| **DARY ALBERTO FERMIN** | : |
| Defendant. | |

# O R D E R

**AND NOW,** this 15 day of January, 2021, upon consideration of the Defendant DARY ALBERTO FERMIN's Unopposed Motion to Modify Travel Conditions of Release to permit travel to the District of Connecticut for Court related matters, it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
HONORABLE JOSEPH F. LEESON, JR
United States District Court Judge