PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Dary Alberto Fermin                                     Docket No. 5:20CR00343-1

Petition for Action on Conditions of Pretrial Release

      COMES NOW, Jaime Stroup, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Dary Alberto Fermin, who was placed under pretrial release supervision by the Honorable Henry S. Perkin sitting in the Court at Allentown, on October 8, 2020, under the following conditions:

1. Report to Pretrial Services as directed.
2. Submit to location monitoring at the following address: 11544 Nelson Avenue, Apartment 2, Bronx, NY 10452. Home Detention. You are restricted to your residence except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by Pretrial Services office or supervising officer.
3. This Court, based upon the evidence that the defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services. Defendant permitted to self-install equipment with instructions by Pretrial Services, either GPS or RF at the discretion of PSA.
4. Surrender/do not obtain passport.
5. Travel is restricted to the Southern District of New York, the Eastern District of New York, the Eastern District of Pennsylvania, the District of New Jersey for court.
6. Surrender/ do not obtain firearms.
7. No contact with co-defendants, potential witnesses in this case, or individuals engaged in any criminal activity.
8. Defendant must maintain present employment.
9. Defendant must actively seek gainful employment.
10. Defendant must reside at 1544 Nelson Avenue, Apartment 2, Bronx, NY 10452.
11. Refrain from possession of personal identification or information of others; no new bank accounts, loans, or new lines of credit without prior approval from Pretrial Services.

      Respectfully presenting petition for action of Court and for cause as follows:

The defendant has remained in compliance with all his conditions of release. The defendant is being supervised in the Southern District of New York. The defendant reported being "very depressed" and has expressed desire to receive mental health counseling services.

PRAYING THAT THE COURT WILL ORDER the defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this \_\_7th\_\_ day of \_\_July\_\_, 20 22 and ordered filed and made a part of the records in the above case. | |
| | _(signature)_ Jaime Stroup U.S. Pretrial Services Officer |
| /s/ Joseph F. Leeson, Jr. The Honorable Joseph F. Leeson, Jr. United States District Judge | Place: Allentown |
| | Date: July 7, 2022 |