UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No. 5:20-cr-00343-001 |
| | : |
| DARY ALBERTO FERMIN | : |
| 1545 Nelson Avenue, #2 | : |
| Bronx, NY 10452 | : August 22, 2022 |

## AMENDED NOTICE OF HEARING

A **SENTENCING HEARING** in the above case has been scheduled for **Wednesday, October 26, 2022** at **2:00 p.m.** before the Honorable Joseph F. Leeson, Jr. at the Edward N. Cahn Courthouse and Federal Building, Courtroom C, Third Floor, 504 West Hamilton Street, Allentown, Pennsylvania, 18101. Please also note the following:

**1. Deadline for Filing Sentencing Memoranda:  Counsel are directed to file their sentencing memoranda no later than seven calendar days before the scheduled sentencing date, and any response thereto must be filed at least three days prior to the scheduled sentencing date.**

**2. Procedures to Follow if Defendant is Presently in Jail:  If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.**

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☒ **Interpreter:** A SPANISH interpreter will be required for the defendant.

☒ **Hearing rescheduled from: September 1, 2022**

For additional information, please contact the undersigned.

By:        */s/ Justin F. Wood*
        Justin F. Wood, Criminal Deputy Clerk
        The Honorable Joseph F. Leeson, Jr.

Justin_F_Wood@paed.uscourts.gov
610-776-6118

| | |
|---|---|
| cc via U.S. Mail: | Defendant |
| cc via email: | Luis O. Diaz, Esq. |
| | Mary E. Crawley, AUSA |
| | U.S. Marshal |
| | Court Security |
| | Probation Office |
| | Pretrial Services |
| | Interpreter Coordinator |

crnotice (July 2021)