IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : CRIMINAL NO: 5: 20-CR-00343-JFL |
| | : |
| DARY ALBERTO FERMIN | : |
|     Defendant. | |

**O R D E R**

**AND NOW,** this 21 day of November, 2022, upon consideration of the Defendant DARY ALBERTO FERMIN's Unopposed Motion to Modify Travel Conditions of Release to permit travel to Defendant's mother's home for Thanksgiving, November 24, 2022, in the County of Bronx, New York, it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
HONORABLE JOSEPH F. LEESON, JR
United States District Court Judge