# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| **V.** | : **CRIMINAL NO: 5: 20-CR-00343-JFL** |
| | : |
| **DARY ALBERTO FERMIN** | : |
|     Defendant. | |

## O R D E R

**AND NOW,** this     day of      , 2022, upon consideration of the Defendant DARY ALBERTO FERMIN's Unopposed Motion to Unseal the Judgement of Conviction for the purpose of providing it to the Bergen County Prosecutor's Office in New Jersey, the State Attorney's Office in Milford, Connecticut, and the Westchester County District Attorney's Office in New York, it is hereby **ORDERED** that the motion is **GRANTED**.

                                            BY THE COURT:

                                            _____
                                            HONORABLE JOSEPH F. LEESON, JR
                                            United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| **V.** | : CRIMINAL NO. 5: 20-CR-00343-JFL |
| | : |
| **DARY ALBERTO FERMIN** | : |
|     **Defendant.** | |

### DEFENDANT DARY ALBERTO FERMIN'S UNOPPOSED MOTION TO UNSEAL THE JUDGEMENT OF CONVICTION FOR THE PUPOSES OF PROVIDING IT TO STATE PROSECUTORS IN NEW JERSEY, CONNECTICUT, AND NEW YORK

DARY ALBERTO FERMIN, by his undersigned counsel, Luis O. Diaz, Esq., respectfully requests the Court unseal the Judgement of Conviction in this matter for the limited purpose of providing it to the Bergen County Prosecutor's Office in New Jersey, the State Attorney's Office in Milford, Connecticut, and Westchester County District Attorney's Office, in New York, as matters pending in these jurisdictions are part of the Defendant's relevant conduct. In support of this request, the following is stated:

1.      On October 26, 2022, Mr. Fermin appeared for sentencing before the Hon. Joseph F. Leeson and the Sentence was imposed.

2.      The Defendant requests that the Judgement of Conviction be unsealed for the purposes of providing it to the Bergen County Prosecutor's Office in New Jersey, the State Attorney's Office in Milford, Connecticut, and the Westchester County District Attorney's Office in New York. These jurisdictions have pending matters that were covered as part of the Defendant's relevant conduct under the Defendant's Plea Agreement. The Judgement of Conviction is necessary for these jurisdictions to effectuate restitution orders and close their respective cases.

3. Counsel has communicated with Assistant United States Attorney Mary E. Crawley and the Government does not oppose this request.

**WHEREFORE,** for the foregoing reasons, undersigned counsel respectfully requests this motion be granted.

Respectfully submitted,

/s/ Luis O. Diaz, Esquire
**LUIS O. DIAZ, ESQUIRE**
Attorney for Defendant
32 Marble Hill Avenue
New York, NY 10463
212-942-6400

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal |
| v. : | No. 5:20-CR-00343-JFL |
| : | |
| DARY ALBERTO FERMIN : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Defendant's Motion to Unseal the Judgement of Conviction to provide to the Bergen County Prosecutor's Office in New Jersey, the State Attorney's Office in Milford, Connecticut, and the Westchester County District Attorney's Office in New York was served via ECF on counsel for the Government:

> AUSA Mary E. Crawley
> U.S. Attorney's Office
> 615 Chestnut Street
> Suite 1250
> Philadelphia, PA  19106
> Mary.Crawley2@usdoj.gov

Date: November 30, 2022            /s/ Luis O. Diaz, Esquire
                                   LUIS O. DIAZ, ESQUIRE
                                   Attorney for Defendant
                                   32 Marble Hill Avenue
                                   New York, NY 10463
                                   212-942-6400