UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | No. 5:20-cr-00343 |
| | : | |
| DARY ALBERTO FERMIN, | : | |
| Defendant | : | |

# O R D E R

**AND NOW,** this 22nd day of May, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Fermin's Motion for Sentence Reduction, ECF No. 108, is **DENIED**.

2. The Clerk of Court is directed to file the Opinion under **SEAL**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge